# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| US SYNTHETIC CORPORATION, | § § § § | |
| Plaintiff | | |
| vs. | § § § § § § § | CIVIL ACTION NO. 4:20-cv-03963 |
| ELEMENT SIX US CORPORATION, et al. | | |
| Defendants. | | |

## FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Element Six US Corporation hereby discloses that its parent corporation is Element Six Ltd (Ireland). The following publicly held corporations indirectly own 10% or more of Element Six US Corporation's stock: Anglo American plc, Umicore NV-SA.

Dated: January 19, 2021

Respectfully submitted,

*/s/ Jose Villarreal*
Jose Villarreal
Attorney-in-Charge
Texas Bar No. 24003113
Southern District Bar No. 24003113
**Perkins Coie LLP**
500 West Second Street
Suite 1900
Austin, Texas 78701
Tel: 737.256.6111
Fax: 737.256.6300

*Attorneys for Defendant Element Six US Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2021, a true and correct copy of the foregoing document was served on all counsel of record who are deemed to have consent to electronic service via the Court's CM/ECF filing system.

*/s/ Jose Villarreal*
By: Jose Villarreal