# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| US SYNTHETIC CORPORATION, | § § § § | |
| Plaintiff | | |
| vs. | § § § § § § | CIVIL ACTION NO. 4:20-cv-03963 |
| ELEMENT SIX US CORPORATION, et al. | | |
| Defendants. | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff US Synthetic Corporation ("Plaintiff") and Defendants Element Six Abrasives Holdings, Ltd.; Element Six Global Innovation Centre a/k/a Element Six (UK) Limited; Element Six GmbH; Element Six Limited; Element Six Production (Pty) Limited; Element Six US Corporation; Servsix US; and Synergy Materials Technology Ltd., by and through counsel, hereby stipulate to dismissal with prejudice of all of Plaintiff's claims, with each side to bear its own fees and costs.

Respectfully submitted,

Dated: March 18, 2021         By:   */s/ Daniel C. Cooley*

Miranda Jones
Attorney-in-Charge
Texas Bar No. 24065519
Southern District ID No. 1147635

Erin C. Villaseñor Texas Bar No. 24072407
Southern District ID No. 1114483

PORTER HEDGES LLP
1000 Main St 36th floor,
Houston, Texas 77002
(713) 226-6000 Phone

        (713) 228-6000 Fax
        mirandajones@porterhedges.com
        evillaseñor@porterhedges.com

        James R. Barney*
        Mareesa A. Frederick*
        Kelly S. Horn*
        Alexander E. Harding*
        FINNEGAN, HENDERSON, FARABOW,
        GARRETT & DUNNER, LLP
        901 New York Avenue NW
        Washington, DC 20001
        (202) 408-4000 Phone
        james.barney@finnegan.com
        mareesa.frederick@finnegan.com
        kelly.horn@finnegan.com
        alexander.harding@finnegan.com

        Daniel C. Cooley*
        FINNEGAN, HENDERSON, FARABOW,
        GARRETT & DUNNER, LLP
        1875 Explorer St. Suite 800
        Reston, VA 20190
        (571) 203-2700 Phone
        daniel.cooley@finnegan.com

        **ATTORNEYS FOR US SYNTHETIC CORPORATION**

        *admitted pro hac vice


        */s/ Jose Villarreal*
        Jose Villarreal
        Attorney-in-Charge
        Texas Bar No. 24003113
        Southern District Bar No. 24003113
        Perkins Coie LLP
        500 West Second Street
        Suite 1900
        Austin, Texas 78701
        Tel: 737.256.6111
        Fax: 737.256.6300

        **ATTORNEYS FOR DEFENDANTS ELEMENT SIX ABRASIVES HOLDINGS, LTD.; ELEMENT**

                              **SIX GLOBAL INNOVATION CENTRE A/K/A ELEMENT SIX (UK) LIMITED; ELEMENT SIX GMBH; ELEMENT SIX LIMITED; ELEMENT SIX PRODUCTION (PTY) LIMITED; ELEMENT SIX US CORPORATION; SERVSIX US; AND SYNERGY MATERIALS TECHNOLOGY LTD.**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 18th day of March, 2021, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

                                        */s/ Nelson Vargas*
                                        Nelson Vargas